FILED
2013 Sep-13 PM 03:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

|  |  |  |
|---|---|---|
| John Doe, Jane Doe, James Doe, | * | |
| Plaintiffs, | * | Judge: |
| vs. | * | Case No: 4:13-cv-01701-JHE |
| TODD ENTREKIN, Sheriff of the Etowah County Sheriff's Department, in his individual and official capacity; Officer Victor Payne, in his individual capacity; Officer James Craig Tyler, in his individual capacity; | * | |
| Defendants. | * | |

## PLAINTIFFS' ATTORNEY BRANDON BUSKEY'S
## MOTION FOR ADMISSION *PRO HAC VICE*

NOW COMES Brandon J. Buskey, attorney for the Plaintiffs, and moves this Court, pursuant to Local Rule 83.1(b), for an order admitting him *pro hac vice* to bar of the North District of the Federal District Court of Alabama. In support of this motion, Attorney Buskey states as follows:

1. I am a staff attorney for the Criminal Law Reform Project of the American Civil Liberties Union Foundation ("ACLU") in New York City, New York. I joined the ACLU on September 4, 2013. My admission to the bar of the State of New York is currently pending.

2. I have been a member in good standing of the bar of the State of Alabama since September 30, 2007. My bar number is ASB-2753-A50B. I have also been a member in good standing of the bar of the Middle District of Alabama since February 20, 2009.

3. I am co-counsel in this case with Richard S. Jaffe and Michael Whisonant of Jaffe & Drennan, P.C. in Birmingham, Alabama, and with Randall Marshall of the ACLU of Alabama in Montgomery, Alabama. Mr. Jaffe, Mr. Whisonant, and Mr. Marshall are all members in good standing of this Court.

4. My $50 registration fee will accompany this motion.

WHEREFORE, Attorney Brandon J. Buskey moves this court for an order admitting him *pro hac vice* to bar of the Northern District of the Federal District Court of Alabama.


Respectfully submitted,


/s/Brandon J. Buskey (ASB2753A50B)
American Civil Liberties Union
  Foundation
Criminal Law Reform Project
125 Broad Street, 18th Floor
New York, NY  10004
212-284-7364
bbuskey@aclu.org